RONALD E. MALLEN (SBN: 40928)
KEVIN CIFARELLI (SBN: 192660)
KARA E. FARMER (SBN: 233373)
rmallen@hinshawlaw.com
kcifarelli@hinshawlaw.com
kfarmer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendants
CAREVIEW COMMUNICATIONS,
INC. and STEVEN G. JOHNSON

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*8/20/2009*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SILICON STANDARD CORPORATION, and INTELLECT LAB, LLC,

    Plaintiffs,

vs.

CAREVIEW COMMUNICATIONS, INC., and STEVEN G. JOHNSON, and DOES 1 through 10, inclusive,

    Defendants.

Case No.: C-09-02738 JW

**STIPULATION FOR FILING OF AMENDED ANSWER TO COMPLAINT**

Hon. James Ware

Complaint Filed: May 21, 2009

**DEMAND OF JURY TRIAL**

    It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that the defendant Careview Communications, Inc. may file an amended answer to the complaint filed by Silicon Standard Corporation, and Intellect Lab, LLC, a copy of which is attached hereto.

///
///
///
///
///

DATED: 8/5/09

ROBINSON & WOOD

By: _____
Joshua Borger
Attorneys for Plaintiffs
Silicon Standard Corporation and
Intellect Lab, LLC

DATED: 8/5/09

HINSHAW & CULBERTSON LLP

By: _____
Kevin Cifarelli
Attorneys for Defendant
CAREVIEW COMMUNICATIONS, INC.

**IT IS SO ORDERED AS MODIFIED**

Defendant's shall file their amended answer as a *separate* docket entry by **August 24, 2009.**

Dated: August 20, 2009

_____
United States District Judge